# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| LARRY PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>RUBY TUESDAY, INC.,<br>STEPHEN I. SADOVE,<br>JAMES F. HYATT, II,<br>F. LANE CARDWELL, JR.,<br>MARK W. ADDICKS,<br>KEVIN T. CLAYTON,<br>DONALD E. HESS,<br>BERNARD LANIGAN, JR.,<br>JEFFREY J. O'NEILL,<br>RTI HOLDING COMPANY, LLC, and<br>RTI MERGER SUB, LLC,<br><br>              Defendants. | Case No. 3:17-cv-00495-HSM-CCS |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)

Plaintiff Larry Patterson ("Plaintiff") hereby moves, pursuant to Federal Rule of Civil Procedure 41(a) for an order dismissing without prejudice all claims against defendants RTI Holding Company, LLC and RTI Merger Sub, LLC in the above-captioned action, each party to bear their own costs. No class has been certified and no monies have been or will be paid to the Plaintiff or Plaintiff's counsel in consideration for this dismissal. The defendants have served neither an Answer nor a Motion for Summary Judgment.

1
Case 3:17-cv-00495-HSM-CCS   Document 24   Filed 11/30/17   Page 1 of 2   PageID #: 152

DATED: November 30, 2017                    Respectfully submitted,

                                            **BRAMLETT LAW OFFICES**

                                            s/*Paul Kent Bramlett*
                                            PAUL KENT BRAMLETT #7387
                                            ROBERT PRESTON BRAMLETT #25895
                                            40 Burton Hills Blvd., Suite 200
                                            P.O. Box 150734
                                            Nashville, TN 37215
                                            Telephone: 615.248.2828
                                            Facsimile: 866.816.4116
                                            pk@bramlettlawoffices.com
                                            Robert@BramlettLawOffices.com

**OF COUNSEL**
**BRODSKY & SMITH, LLC**
Evan J. Smith
Marc L. Ackerman
Two Bala Plaza, Suite 510
Bala Cynwyd, PA 19004
Telephone: 610.667.6200
esmith@brodskysmith.com
mackerman@brodskysmith.com

## CERTIFICATE OF SERVICE

This is to certify that I have this date filed the above and foregoing Notice of Voluntary Dismissal on the Court's CM.ECF filing system, which will effectively serve all counsel of record.

So certified this 30th day of November 2017.

                                            s/*Paul Kent Bramlett*
                                            Paul Kent Bramlett